## Seltzer et al. *v.* Markovitz Bros., Inc., et al., Appellants.

Argued December 6, 1944. Before MAXEY, C.J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*Henry S. Ambler,* with him *Frank R. Ambler,* for appellants, original defendants.

*John J. McDevitt, Jr.,* for appellee, additional defendant.

OPINION BY MR. CHIEF JUSTICE MAXEY, January 2, 1945:

The question we have just decided in the case of *Volta v. Markovitz Brothers, Inc.,* 351 Pa. 243, is precisely the same question as is raised by the pleadings in this case and our opinion and decision in that case apply to this case.

The judgment is affirmed.